Donald S. Zakarin(DSZ 6355)
Pryor Cashman, LLP
7 Times Square
New York, New York  10036
(212) 421-4100
Attorneys for Rachel Ostow Lustbader, Executrix
of the Estate of Miriam Furst Ostow and Estate of
Miriam Furst Ostow

UNITED STATES DISTRCT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
SECURITIES INVESTOR PROTECTION    :
CORPORATION,                                              :     Adv. Pro. No. 08-01789 (BRL)
                                                                         :
                    Plaintiff-Applicant,            :     SIPA LIQUIDATION
                                                                         :
              v.                                                 :     (Substantively Consolidated)
                                                                         :
BERNARD L. MADOFF INVESTMENT  :
SECURITIES, L.L.C.,                                   :
                                                                         :
                    Defendant.                          :
-------------------------------------------------X
In re:                                                           :
                                                                         :
BERNARD MADOFF,                                :
                                                                         :
                    Debtor.                                 :
-------------------------------------------------X
IRVING H. PICARD, Trustee of the          :
Liquidation of Bernard L. Madoff             :     Adv. Pro. No. 10-05415 (BRL)
Investment Securities, L.L.C.,                 :
                                                                         :
                    Plaintiff,                              :
                                                                         :     11 Civ. 8018
              v.                                                 :
                                                                         :
AMERICAN SECURITIES                         :
MANAGEMENT, L.P., formerly known  :
as AMERICAN SECURITIES, L.P., et al., :
                                                                         :
                    Defendants.                         :
-------------------------------------------------X

## JOINDER IN THE MOVING DEFENDANTS' MOTION TO WITHDRAW THE REFERENCE FILED NOVEMBER 7, 2011

Rachel Ostow Lustbader, as Executrix of the Estate of Miriam Furst Ostow and Estate of Miriam Furst Ostow, defendants in the above-referenced adversary proceeding, by and through its undersigned counsel, hereby respectfully joins in the motion to Withdraw the Bankruptcy Reference filed on November 7, 2011 by Korenstein Veisz Wexler & Pollard LLP on behalf of the parties designated therein as "the Moving Defendants."

Dated: New York, New York
       December 9, 2011

                                      Respectfully submitted,

                                      Pryor Cashman, LLP

                                      By: _____
                                            Donald S. Zakarin (DSZ 6355)
                                            7 Times Square
                                            New York, New York 10036
                                            212-421-4100 Tel.
                                            212-798-6306 Fax

*Attorneys for Rachel Ostow Lusbader,
Executrix of the Estate of Miriam Furst
Ostow and Estate of Miriam Furst Ostow.*