UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
IRVING H. PICARD, Trustee for the Liquidation of :
Bernard L. Madoff Investment Securities, L.L.C., :
:  11 Civ. 8018 (JSR)
         Plaintiff, :
: (Adv. Pro. No. 10-05415)
    -against- :
:
AMERICAN SECURITIES MANAGEMENT, L.P., :
formerly known as AMERICAN SECURITIES, L.P., :
et al., :
:
         Defendants. :
:
:
---------------------------------------------------------------x

### JOINDER IN THE MOVING DEFENDANTS' MOTION
### TO WITHDRAW THE REFERENCE FILED NOVEMBER 7, 2011

Defendants in the above-referenced adversary proceeding which are listed on Schedule A below, by and through their undersigned counsel, hereby respectfully join in the motion to Withdraw the Bankruptcy Reference filed on November 7, 2011, by Korenstein Veisz Wexler & Pollard LLP on behalf of the parties designated therein as "the Moving Defendants."

Dated:  New York, New York
         December 9, 2011

                           MORRISON & FOERSTER LLP

                    By:   /s/ David S. Brown
                          Carl H. Loewenson, Jr.
                          David S. Brown
                          1290 Avenue of the Americas
                          New York, New York 10104
                          Telephone: (212) 468-8000
                          Facsimile: (212) 468-7900
                          Email: cloewenson@mofo.com

                          *Attorneys for Defendants Listed on Schedule A.*

ny-1006012

## Schedule A

Benjamin E. Nickoll, as Trustee of the Charles Klein Generation Skipping Trust DTD 7/31/01;
CDK Partners, L.P.;
Nan M. Harman; Reed L. Harman, as trustee of the Visalia Trust UAD;
The Nan M. and Reed L. Harman Foundation;
Andrew B. Klein, individually, as beneficial owner of one or more IRAs, as trustee and beneficiary of the Charles D. Klein Generation Skipping Trust, as trustee of the Andrew Klein Trust DTD 12/27/97, as trustee of the Elizabeth Klein Trust DTD 12/27/1997, and as grantor and trustee of the Andrew B. Klein 1997 Trust;
Charles D. Klein, individually, as beneficial owner of one or more IRAs, as custodian and/or trustee of the Charles D. Klein Money Purchase Pension Plan, as beneficiary of the Charles D. Klein Generation Skipping Trust DTD 7/31/01, as custodian and/or trustee of the Jane P. & Charles D. Klein Foundation, and as custodian and/or trustee of The Charles and Jane Klein Family Fund;
Elizabeth Klein, individually, as trustee and beneficiary of the Charles D. Klein Generation Skipping Trust DTD 7/31/01, and as trustee and beneficiary of the Elizabeth Klein 2003 Trust and the Elizabeth Klein Trust DTD 12/27/97;
Jane P. Klein, individually, as beneficial owner of an IRA, as custodian for Andrew B. Klein and Elizabeth Klein, as trustee of the Charles D. Klein 2001 Family Trust, as trustee of the Trust under will of Donald W. Parsons FBO Jane P. Klein, as trustee of the Elizabeth Klein Trust DTD 12/27/97, as trustee of the Charles D. Klein Generation Skipping Trust DTD 7/31/01, and as trustee of the Andrew Klein 1997 Trust;
The Charles and Jane Klein Family Fund;
Klein Family Holdings, L.L.C.;
Jane P. Klein IRA;
Charles D. Klein IRA Rollover;
Charles D. Klein Money Purchase Pension Plan;
Joseph A. Rossetti, as beneficial owner of an IRA;
Joseph A. Rossetti IRA Rollover;
I. Michael Wolfe, individually as and a beneficial owner of an IRA;
Susan C. Wolfe, individually, and as beneficial owner of a Keogh Plan and as trustee of the Trust under will of Donald W Parsons FBO Jane P. Klein;
Susan C. Wolfe - Keogh Plan;
I. Michael Wolfe IRA;
Laila Hafner, as beneficial owner of an IRA;
Laila Hafner IRA;
Michael G. Fisch, individually, as beneficial owner of one or more ITRAs, as custodian and/or trustee of the Michael G. Fisch Profit Sharing Plan and as trustee of the Michael G. Fisch 2006 Revocable Trust;
Michael G. Fisch Profit Sharing Plan;
Arlene Marie Pettingill;
Laura M. Roberson-Fisch, as beneficial owner of an IRA, as participant in the Laura M. Roberson-Fisch Money Purchase Pension Plan and as a participant in the Laura M. Roberson-Fisch Profit Sharing Plan;
Laura M. Roberson-Fisch Money Purchase Pension Plan and;
Laura M. Roberson-Fisch Profit Sharing Plan.