UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC, et al.,<br><br>    Defendants. | **SIPA LIQUIDATION**<br><br>**Adv. Pro. No. 08-01789 (BRL)**<br><br>**(Substantively Consolidated)** |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN SECURITIES MANAGEMENT, L.P., formerly known as AMERICAN SECURITIES, L.P., et al.,<br><br>    Defendants. | **Adv. Pro. No. 10-05415 (BRL)** |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN SECURITIES MANAGEMENT, L.P., formerly known as AMERICAN SECURITIES, L.P., et al.,<br><br>    Defendants. | **11 Civ. 8018 (JSR)** |

## **NOTICE OF APPEARANCE**

Please take notice that the undersigned hereby appears as counsel for Neil B. Goldstein, Joyce W. Goldstein, Neil B. Goldstein IRA Rollover, Joyce W. Goldstein IRA, Laurence Ach, Darmel Management, L.L.C., and South Lake, L.L.C.  All notices given or required to be given in this action and its proceedings and all papers filed in this action and its proceedings shall be served upon the undersigned.

I certify that I am admitted to practice in this Court.

Dated: New York, New York
February 29, 2012

By:  /s Richard L. Spinogatti
Richard L. Spinogatti (RLS1503)
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036-8299
Telephone:  (212) 969-3000
Facsimile:  (212) 969-2900
Email:  rspinogatti@proskauer.com

*Attorneys for Defendants*
*Neil B. Goldstein, individually, as*
*beneficial owner of one or more IRAs, as*
*grantor of the Neil B. Goldstein 2007 Trust,*
*and as beneficiary of the Jean Weiner 1991*
*Grantor Retained Annuity Trust;*
*Joyce W. Goldstein, individually, as*
*beneficial owner of an IRA, and as trustee of*
*the Neil B. Goldstein 2007 Trust;*
*Neil B. Goldstein IRA Rollover;*
*Joyce W. Goldstein IRA;*
*Laurence Ach, as trustee of the Jean Weiner*
*1991 Grantor Retained Annuity Trust;*
*Darmel Management, L.L.C.; and*
*South Lake, L.L.C.*