UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ X
:
IRVING H. PICARD, Trustee for the Liquidation : 11 Civ. 8018 (JSR)
of Bernard L. Madoff Investment Securities, :
L.L.C., : (Adv. Pro. No. 10-05415)
:
                Plaintiff, :
:
  against :
:
AMERICAN SECURITIES MANAGEMENT, :
L.P., formerly known as AMERICAN :
SECURITIES, L.P., et al., :
:
                Defendants. :
:
:
------------------------------ X

### JOINDER IN THE MOVING DEFENDANTS' MOTION
### TO WITHDRAW THE REFERENCE FILED NOVEMBER 7, 2011

Neil B. Goldstein, Joyce W. Goldstein, Neil B. Goldstein IRA Rollover, Joyce W. Goldstein IRA, Laurence Ach, Darmel Management, L.L.C., and South Lake, L.L.C., defendants in the above-referenced adversary proceeding, by and through their undersigned counsel, hereby respectfully join in the Motion to Withdraw the Bankruptcy Reference filed on November 7, 2011, by Korenstein Veisz Wexler & Pollard LLP on behalf of the parties designated therein as "the Moving Defendants."

Dated: New York, New York
February 29, 2012

        PROSKAUER ROSE LLP

By:   /s Richard L. Spinogatti_____
     Richard L. Spinogatti (RLS1503)
     Eleven Times Square
     New York, NY 10036-8299
     Telephone: (212) 969-3000
     Facsimile: (212) 969-2900
     Email: rspinogatti@proskauer.com

*Attorneys for Defendants*
*Neil B. Goldstein, individually, as*
*beneficial owner of one or more IRAs, as*
*grantor of the Neil B. Goldstein 2007 Trust,*
*and as beneficiary of the Jean Weiner 1991*
*Grantor Retained Annuity Trust;*
*Joyce W. Goldstein, individually, as*
*beneficial owner of an IRA, and as trustee of*
*the Neil B. Goldstein 2007 Trust;*
*Neil B. Goldstein IRA Rollover;*
*Joyce W. Goldstein IRA;*
*Laurence Ach, as trustee of the Jean Weiner*
*1991 Grantor Retained Annuity Trust;*
*Darmel Management, L.L.C.; and*
*South Lake, L.L.C.*