AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NEW YORK )

ELBA DEJESUS, being duly sworn, deposes and says that:

I am over the age of 18 years; I am not a party to the within action; and I reside in Hudson County, New Jersey.

On the 16th day of March, 2012, I served copies of: (i) Certain Defendants' Reply Memorandum of Law in Further Support of Motion to Withdraw the Reference and (ii) Reply Declaration of Daniel J. Kornstein upon:

Daniel Fetterman
KASOWITZ, BENSON, TORRES, & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
*Attorneys for David P. Steinmann, individually, as beneficial owner of one or more IRAs, and as custodian for Catherine L. Steinmann; Catherine L. Steinmann; Gabriel B. Steinmann; Joshua Steinmann; Jennifer E. Steinmann; David P. Steinmann IRA Rollover #1; David P. Steinmann IRA Rollover #2; David Steinmann Defined Benefit Plan; David P. Steinmann Money Purchase Pension Plan; JJG Enterprises; and 1185 Park Avenue Foundation, Inc.*

Donald S. Zakarin
PRYOR CASHMAN LLP
7 Times Square
New York, New York 10036
*Attorneys for Rachel Ostow Lustbader, as Executrix of the Estate of Miriam Furst Ostow; Estate of Miriam Furst Ostow*

Scott A. Ziluck
HALPERIN BATTAGLIA RAICHT LLP
555 Madison Avenue 9th Floor
New York, New York 10022
*Attorneys for Judy Steinberg Kovler*

Anthony L. Paccione
Brian A. Schmidt
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, New York 10022
*Attorneys for George Anagnos; Josephine Anagnos; Steven Anagnos; and Maria Anagnos-Pierce*

Dean A. Dickie
MILLER CANFIELD
225 W. Washington, Ste. 2600
Chicago, Illinois 60606
*Attorneys for Anthony R. Grillo, as Trustee of the Joseph J. Nicholson Charitable Remainder Unitrust; and Barry F. Margolius, as Trustee of the Joseph J. Nicholson Charitable Remainder Unitrust*

Ivo Rothschild
410 Victoria Avenue, Apt. #12A
Westmount, Quebec H3Y 2R2
CANADA
*Defendant pro se*

Wallace Aptman
1654 Bridgewood Drive
Boca Raton, Florida 33434
*Defendant pro se*

Wallace Aptman IRA Rollover Account
c/o Wallace Aptman
1654 Bridgewood Drive
Boca Raton, Florida 33434
*Defendant pro se*

Paul Horowitz, Individually, as beneficial owner of an IRA,
    as a custodian for Elizabeth Horowitz, Jared Horowitz,
    and Minor 3, and as Executor of the Estate of Jodi F.
    Horowitz
96 Indian Head Road
Riverside, Connecticut 06878
*Defendant pro se*

Jared Horowitz
c/o Paul Horowitz
96 Indian Head Road
Riverside, Connecticut 06878
*Defendant pro se*

Tate R. Horowitz
c/o Paul Horowitz
96 Indian Head Road
Riverside, Connecticut 06878
*Defendant pro se*

Estate of Jodi F. Horowitz
c/o Paul Horowitz
96 Indian Head Road
Riverside, Connecticut 06878
*Defendant pro se*

```
Elizabeth Horowitz
c/o Paul Horowitz
96 Indian Head Road
Riverside, Connecticut 06878
```
*Defendant pro se*

```
Paul Horowitz IRA
c/o Paul Horowitz
96 Indian Head Road
Riverside, Connecticut 06878
```
*Defendant pro se*

```
Paul Horowitz IRA Rollover
c/o Paul Horowitz
96 Indian Head Road
Riverside, Connecticut 06878
```
*Defendant pro se*

```
Jodi Horowitz IRA
c/o Paul Horowitz
96 Indian Head Road
Riverside, Connecticut 06878
```
*Defendant pro se*

```
Joseph J. Nicholson, individually and as Trustee of the
     Joseph J. Nicholson Charitable Remainder Unitrust
121 West 20th Street, Apt. #2A
New York, New York 10011
```
*Defendant pro se*

```
ASB, L.L.C.
Intelligent Voice Research, L.L.C.
Minor #1
Pamela Murphy
Paul Robert Murphy
Ptown Pookies, L.L.C.
Sol Aptman, as joint tenant with right of survivorship with
     Beatrice Aptman
c/o Clerk of the Court
United States Bankruptcy Court
One Bowling Green
New York, New York 10004
```
*Defendants pro se*

by mailing the same by regular mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service, within the State of New York.

_____
ELBA DEJESUS

Sworn to before me this
16th day of March, 2012.

_____
Notary Public

AMY C. GROSS
Notary Public, State of New York
No. 02GR6133341
Qualified in New York County
Commission Expires Sept. 12, 2013