AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NEW YORK )

    AMY C. GROSS, being duly sworn, deposes and says that:

    I am over the age of 18 years; I am not a party to the within action; and I reside in Hudson County, New Jersey.

    On the 16th day of March, 2012, I caused copies of: (i) Certain Defendants' Reply Memorandum of Law in Further Support of Motion to Withdraw the Reference and (ii) Reply Declaration of Daniel J. Kornstein to be filed electronically with the District Court and served upon the parties in this action who receive electronic service through CM/ECF.

                                              _____
                                                    AMY C. GROSS

Sworn to before me this
16th day of March, 2012.

_____
Notary Public

CARMEN SERRANO
Notary Public, State of New York
No. 01SE6194600
Qualified in New York County
Commission Expires Oct. 06, 20 12