UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff-Applicant,<br><br>　　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC, et al.,<br><br>　　　　　Defendants. | **SIPA LIQUIDATION**<br><br>**Adv. Pro. No. 08-01789 (BRL)**<br><br>**(Substantively Consolidated)** |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>AMERICAN SECURITIES MANAGEMENT, L.P., formerly known as AMERICAN SECURITIES, L.P., et al.,<br><br>　　　　　Defendants. | **Adv. Pro. No. 10-05415 (BRL)** |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>AMERICAN SECURITIES MANAGEMENT, L.P., formerly known as AMERICAN SECURITIES, L.P., et al.,<br><br>　　　　　Defendants. | **11 Civ. 8018 (JSR)** |

## **RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Rule 7007.1 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 7007.1-1, the undersigned attorney of record for Defendants Neil B. Goldstein, Joyce W. Goldstein, Neil B. Goldstein IRA Rollover, Joyce W. Goldstein IRA, Laurence Ach, Darmel Management, L.L.C., and South Lake, L.L.C. certifies that:

1. Darmel Management L.L.C. has no parent corporation and that there are no publicly held corporations that own a 10% or more membership interest; and

2. South Lake L.L.C. has no parent corporation and that there are no publicly held corporations that own a 10% or more membership interest.

Dated: New York, New York
      March 21, 2012

By:   /s Richard L. Spinogatti
Richard L. Spinogatti (RLS1503)
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036-8299
Telephone:  (212) 969-3000
Facsimile:  (212) 969-2900
Email:  rspinogatti@proskauer.com

*Attorneys for Defendants*
*Neil B. Goldstein, individually, as beneficial owner of one or more IRAs, as grantor of the Neil B. Goldstein 2007 Trust, and as beneficiary of the Jean Weiner 1991 Grantor Retained Annuity Trust;*
*Joyce W. Goldstein, individually, as beneficial owner of an IRA, and as trustee of the Neil B. Goldstein 2007 Trust;*
*Neil B. Goldstein IRA Rollover;*
*Joyce W. Goldstein IRA;*
*Laurence Ach, as trustee of the Jean Weiner 1991 Grantor Retained Annuity Trust;*
*Darmel Management, L.L.C.; and*
*South Lake, L.L.C.*